UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRIUS L. BURKE,

    Plaintiff,

v.                                                      Case No. 3:16cv638-MCR-CJK

THE GEO GROUP, INC.
and MS. GRIFFIN,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On October 19, 2018, the undersigned entered an order (doc. 19) allowing plaintiff 30 days in which to file a third amended complaint and advising that failure to do so would result in a recommendation that the matter be dismissed.  After more than 30 days passed and plaintiff had not complied, the undersigned entered an order (doc. 20) directing plaintiff to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court.  More than 14 days have passed and plaintiff has not responded.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 6th day of December, 2018.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  See U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 3:16cv638-MCR-CJK