# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**DARRIUS L. BURKE,**

    **Plaintiff,**

**v.**                                          **Case No. 3:16cv638-MCR-CJK**

**THE GEO GROUP, INC.**
**and MS. GRIFFIN,**

    **Defendants.**

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 6, 2018 (doc. 21). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There are no objections.

Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 8th day of February, 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**